

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00195-CV

_____

IN THE INTEREST OF N.L., E.L., L.L., AND H.L., CHILDREN

On Appeal from the 442nd District Court
Denton County, Texas
Trial Court No. 19-7594-442

Before Kerr, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellant's "Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: August 5, 2021